```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 29011
    JAMES VALENTINE SIWEK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8500


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/22/2005 and was confirmed 09/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   UNSEC W/INTER     4391.88         429.54        4391.88
CITY OF CHICAGO PARKING    UNSEC W/INTER      340.00          33.69         340.00
GREGORY ROSENSTEIN MD      UNSEC W/INTER    NOT FILED           .00            .00
HERTZ CAR RENTAL           UNSEC W/INTER    NOT FILED           .00            .00
MERCY HOSPITAL             UNSEC W/INTER    NOT FILED           .00            .00
OSI COLLECTION SERVICES    NOTICE ONLY      NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN                 TRUSTEE                                            430.61
DEBTOR REFUND              REFUND                                             145.75

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 7,971.47

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                        4,731.88
    INTEREST                                       463.23
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               430.61
DEBTOR REFUND                                      145.75
                        --------------       --------------
TOTALS                  7,971.47                 7,971.47
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 29011 JAMES VALENTINE SIWEK

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```